# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 1:22-cr-014 |
| Daymond Leon Benford, ) | |
| ) | |
| Defendant. ) | |

On February 11, 2022, defendant's retained counsel, attorney Kyle Craig, filed a notice of appearance on defendant's behalf. Accordingly, attorney Kyle Craig, shall be substituted as counsel of record for defendant. Defendant's court-appointed counsel, attorney Ashley Flagstad, is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 11th day of February, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court